2 copies
Fed bc

NAME: APOLINAR GARCIA

PRISON IDENTIFICATION/BOOKING NO.: C.D.C.# P-91911

ADDRESS OR PLACE OF CONFINEMENT: P.O. BOX 8501
COALINGA, CALIFORNIA 93210

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

2008 MAR 26 PM 4:
CLERK...
CENTRAL...
LOS ANGELES...
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

APOLINAR GARCIA
FULL NAME (Include name under which you were convicted)
Petitioner,

v.

WARDEN, JAMES YATES
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
Respondent.

CASE NUMBER:
CV 08-2025 GPS (RC)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT
MAR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)
CV-69 (04/05)
Page 1 of 10

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention __PLEASANT VALLEY STATE PRISON__
   b. Place of conviction and sentence __SANTA CLARA COUNTY SUPERIOR COURT__

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)*: __RAPE__

   b. Penal or other code section or sections: __PENAL CODE SECTION__

   c. Case number: __F9987344__
   d. Date of conviction: __N/A__
   e. Date of sentence: __N/A__
   f. Length of sentence on each count: _____

   g. Plea *(check one)*:
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   h. Kind of trial *(check one)*:
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes   ☐ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: __N/A__
   b. Grounds raised *(list each)*:
      (1) __SAME GROUNDS PRESENTED IN THIS PETITION__

   (2) _____
   (3) _____
   (4) _____
   (5) _____
   (6) _____
 c. Date of decision: __N/A__
 d. Result __JUDGMENT WAS AFFIRMED__

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

 If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:
 a. Case number: __N/A__
 b. Grounds raised *(list each)*:
   (1) __SAME GROUNDS PRESENTED ON DIRECT APPEAL__
   (2) _____
   (3) _____
   (4) _____
   (5) _____
   (6) _____
 c. Date of decision: __N/A__
 d. Result __DENIED__

5. If you did not appeal:
 a. State your reasons __N/A__

 b. Did you seek permission to file a late appeal? ☐ Yes ☒ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☒ Yes ☐ No

 If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: **SUPERIOR COUR**
    (2) Case number: **F 9987344**
    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing):* **N/A**
    (4) Grounds raised *(list each)*:
        (a) **SAME ISSUES PRESENTED IN THIS PETITION**
        (b) 
        (c) 
        (d) 
        (e) 
        (f) 
    (5) Date of decision: **N/A**
    (6) Result: **DENIED**
    (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

b.  (1) Name of court: **STATE SUPREME COURT**
    (2) Case number: **S144319**
    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing):*
    (4) Grounds raised *(list each)*:
        (a) **SAME ISSUES PRESENTED**
        (b) 
        (c) 
        (d) 
        (e) 
        (f) 
    (5) Date of decision: **JAN. 17, 2007**
    (6) Result: **DENIED**
    (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

c.  (1) Name of court: **N/A**
    (2) Case number: **N/A**
    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing):* **N/A**
    (4) Grounds raised *(list each)*:
        (a) **N/A**
        (b)

(c) _____
(d) _____
(e) _____
(f) _____

(5) Date of decision: __N/A__

(6) Result __N/A__

(7) Was an evidentiary hearing held?   ☐ Yes  ☒ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION:**   *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL IN VIOLATION OF 6 AMENDMENT
      (1) Supporting FACTS: PETITIONER'S ATTORNEY FAILED TO INSTRUCT THE EXPERTS TO COLLECT EVIDENCE OF DNA AND FAILED TO ALLOW PETITIONER'S RIGHT TO CONSULT WITH COUNCIL FROM THE FOREIGN AFFAIRS OFFICE
      (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes   ☒ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ~~Yes~~  ☒ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes   ☐ No

   b. Ground two: PETITIONER WAS DENIED D.N.A. TEST PER PENAL CODE SECTION 1405
      (1) Supporting FACTS: PETITIONER'S APPLICATIONS FOR D.N.A. TEST UNDER PENAL CODE SECTIONS 1405 WERE DENIED.
      (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes   ☒ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes    ☐ No

c. Ground three: _____N/A_____

(1) Supporting FACTS: ____N/A____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

d. Ground four: _____N/A_____

(1) Supporting FACTS: ____N/A____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

e. Ground five: _____N/A_____

(1) Supporting FACTS: ____N/A____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: __N/A__

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
   ☐ Yes  ☒ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: __N/A__
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: __N/A__
      (4) Grounds raised *(list each)*:
         (a) __N/A__
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: __N/A__
      (6) Result __N/A__

      (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

   b. (1) Name of court: __N/A__
      (2) Case number: __N/A__
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: __N/A__
      (4) Grounds raised *(list each)*:
         (a) __N/A__
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: __N/A__
      (6) Result __N/A__

(7) Was an evidentiary hearing held?    ☐ Yes   ☒ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes   ☒ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____N/A_____
    (2) Case number: _____
    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____N/A_____
    (4) Grounds raised *(list each)*:
        (a) _____N/A_____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

11. Are you presently represented by counsel?    ☐ Yes   ☒ No
    If so, provide name, address and telephone number: _____N/A_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____APol;NAR_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __2/7/08__      __A Poti NAR__
             Date                Signature of Petitioner

APOLINAR GARCIA
*Petitioner*

WARDEN, JAMES YATES
*Respondent(s)*

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, APOLINAR GARCIA, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. N/A

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. N/A

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment? ☐ Yes ☒ No
    b. Rent payments, interest or dividends? ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
    d. Gifts or inheritances? ☐ Yes ☒ No
    e. Any other sources? ☐ Yes ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: N/A

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes ☒ No
    If the answer is yes, state the total value of the items owned: N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No
   If the answer is yes, describe the property and state its approximate value: _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _N/A_

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _2/7/08_
            Date                                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____                          _____
Date                                Authorized Officer of Institution/Title of Officer



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Wednesday, March 26, 2008

APOLINAR GARCIA
P-91911
P.O. BOX 8501
COALINGA, CA 93210

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 2025 GPS (RC)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
  [ ] District Court Judge _____
  [X] Magistrate Judge    **Rosalyn M. Chapman**_____

at the following address:

[X] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA  90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA  92701-4516
    (714) 338-4750

[ ] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: ___JSZABO_____
    Deputy Clerk

---

CV-17  (01/01)              **LETTER re FILING H/C PETITION or 28/2255 MOTION**

Case 3:08-cv-03829-JSW    Document 1    Filed 03/26/2008    Page 12 of 12



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

Wednesday, March 26, 2008

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

```
APOLINAR GARCIA
P-91911
P.O. BOX 8501
COALINGA, CA 93210
```

Dear Sir/Madam:

Your petition has been filed and assigned civil case number     CV08- 2025 GPS (RC)

Upon the submission of your petition, it was noted that the following discrepencies exist:

☐ 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

☒ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

☒ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

☐ (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

JSZABO
By: _____
Deputy Clerk

---

CV-111 (07/06)     **NOTICE re: DISCREPANCIES FOR FILING OF HABEAS CORPUS PETITION**