ORIGINAL

Plaintiff's Name: Apolinar Garcia
CDC No: # P-91911
Address: P.o. Box 8501    A2-134
Coalinga, California 93210

FILED
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Apolinar Garcia ) | **APPLICATION TO PROCEED** |
| ) | **IN FORMA PAUPERIS** |
| Plaintiff, ) | **BY A PRISONER** |
| ) |  |
| vs. ) | **CASE NUMBER:** |
| Warden, James Yates ) |  |
| Defendant(s). ) | CV. 08-2025 GPS (RC) |

I, Apolinar Garcia, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   X Yes     ___ No  (If "no" DO NOT USE THIS FORM)

If "yes" state the place of your incarceration. Pleasant valley State Prison

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?   ___ Yes     X No

    a.    If the answer is "yes" state the amount of your pay. _____

    b.    If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

    a.    Business, profession, or other self-employment:   ___ Yes     X No

    b.    Rent payments, interest or dividends:     ___ Yes     X No

    c.    Pensions, annuities or life insurance payments:   ___ Yes     X No

    d.    Disability or workers compensation payments:   ___ Yes     X No

1

e..    Gifts or inheritances:                    ___ Yes    ✗ No

f.    Any other sources:                         ___ Yes    ✗ No

If the answer to any of the above is "yes," describe by that item each source of money.  Also state the amount received **and** what you expect you will continue to receive.  Please attach an additional sheet if necessary.

4.  Do you have cash (includes balance of checking or savings accounts)?  ___ Yes   ✗ No

If "yes" state the total amount: _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                         ___ Yes    ✗ No

If "yes" describe the property and state its value: _____

6.  Do you have any other assets?                   ___ Yes    ✗ No

If "yes," list the asset(s) and state the value of each asset listed:

7.  List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

4 - 9 - 08
_____          _____
DATE                                SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at _Pleasant Valley State Prison_ (name of institution).  I further certify that during the past six months, the applicant's average monthly balance was $ _____. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ _____.

**(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).**

_____          _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER
(Form Last Revised 09/18/03)

2

REPORT ID: TS3030  .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

REPORT DATE: 04/10/08
PAGE NO:    1

FOR THE PERIOD: OCT. 10, 2007 THRU APR. 10, 2008

ACCOUNT NUMBER : P91911                    BED/CELL NUMBER: AFB2T100000134U
ACCOUNT NAME   : GARCIA, APOLINAR MORALES   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.00 |

<u>PROOF OF SERVICE BY A STATE PRISONER</u>

I, APOLINAR GARCIA            ,declare:

That I am over 18 years of age, and a party/not a party to the attached herein cause of action, that I reside at Pleasant Valley State Prison, in the county of Fresno California. My mailing address is:     P. O. BOX 8501
                               COALINGA, CA. 93210

On April 22 2008, 2007, I handed to prison officials for mailing, at the above address, on the exact date, the attached: APPLICATION TO PROCEED IN FORMA PAUPERIS
                               BY A STATE PRISONER


In a sealed envelope[s] with postage paid fully paid, addressed to the locations:

(A)     CLERK OF THE COURT
        U.S. DIST. COURT
(B)     CENTRAL DIST OF CA
        WESTERN DIVISION
(C)     312 North Spring Street, RM. G-8
        LOS ANGELES, CA. 93210
(D)


I declare under penalty of perjury that the foregoing is true and correct. Executed this (22ND) day of ( APRIL     ), 2007 at Coalinga, California.
                                        2008


APOLINAR GARCIA                         _____
DECLARANT PRINTED                       DECLARANT SIGNATURE
NAME



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Wednesday, March 26, 2008

APOLINAR GARCIA
P-91911
P.O. BOX 8501
COALINGA, CA 93210


Dear Sir/Madam:

A  [X]  Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV08- 2025 GPS (RC)

A  [ ]  Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number                        and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ]  District Court Judge _____

[X]  Magistrate Judge _____**Rosalyn M. Chapman**_____

at the following address:

[X]  U.S. District Court        [ ]  Ronald Reagan Federal       [ ]  U.S. District Court
     312 N. Spring Street            Building and U.S. Courthouse       3470 Twelfth Street
     Civil Section, Room G-8         411 West Fourth St., Suite 1053    Room 134
     Los Angeles, CA  90012          Santa Ana, CA  92701-4516          Riverside, CA 92501
                                     (714) 338-4750

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

JSZABO
By: _____
Deputy Clerk



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA 90012
Tel: (213) 894-3535

Wednesday, March 26, 2008

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

APOLINAR GARCIA
P-91911
P.O. BOX 8501
COALINGA, CA 93210

Dear Sir/Madam:

Your petition has been filed and assigned civil case number       CV08- 2025 GPS (RC)

Upon the submission of your petition, it was noted that the following discrepencies exist:

☐ 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

☒ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

☒ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

☐ (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

JSZABO

By: _____

Deputy Clerk