1

2

3

4

5

6

```
┌─────────────────────────────────┐
│              FILED              │
│  CLERK, U.S. DISTRICT COURT     │
│                                 │
│         JUN - 4 2008            │
│                                 │
│ CENTRAL DISTRICT OF CALIFORNIA  │
│ BY              (      DEPUTY   │
└─────────────────────────────────┘
```

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10

11 APOLINAR GARCIA,                    ) Case No. CV 08-2025-GPS(RC)
                                      )
12                Petitioner,         )
                                      )
13 vs.                                ) ORDER TRANSFERRING ACTION TO
                                      ) NORTHERN DISTRICT OF CALIFORNIA
14 WARDEN, JAMES YATES,               )
                                      )
15                Respondent.         )
   ───────────────────────────────── )
16

17     On March 26, 2008, petitioner Apolinar Garcia, a state inmate

18 proceeding pro se, filed a petition for writ of habeas corpus under 28

19 U.S.C. § 2254 challenging his conviction and sentence in Santa Clara

20 County Superior Court case no. F9987344.  Petition at 2.  The

21 petitioner currently is confined in Pleasant Valley State Prison in

22 Coalinga, California, which is in the Eastern District of California.

23

24                              DISCUSSION

25     Federal district courts are limited to granting habeas relief

26 "within their respective jurisdictions."  28 U.S.C. § 2241(a).

27 Section 2241(d) of Title 28, United States Code, provides that a

28 habeas corpus petition "by a person in custody under the judgment and

1  sentence of a State court of a State which contains two or more
2  Federal judicial districts . . . may be filed in the district court
3  for the district wherein such person is in custody or in the district
4  court for the district within which the State court was held which
5  convicted and sentenced him and each of such districts shall have
6  concurrent jurisdiction to entertain the application." Here, there is
7  no jurisdiction in this district court to entertain petitioner's
8  habeas corpus petition under Section 2254 because petitioner is not in
9  custody in this judicial district nor was petitioner convicted in a
10 state court in this judicial district.
11
12     Generally, it is the practice to hear habeas corpus actions
13 challenging state convictions or sentences in the judicial district in
14 which the inmate was convicted and sentenced. Braden v. 30th Judicial
15 Circuit Court, 410 U.S. 484, 497 & n.13, 93 S. Ct. 1123, 1131 & n.13,
16 35 L. Ed. 2d 443 (1973); Dannenberg v. Ingle, 831 F. Supp. 767, 767
17 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal.
18 1968). Here, petitioner was convicted and sentenced in Santa Clara
19 County, which is in the Northern District of California. When a
20 habeas corpus petition is filed in a district court lacking
21 jurisdiction, that Court may exercise its discretion and transfer the
22 action in the furtherance of justice. Bell v. Watkins, 692 F.2d 999,
23 1013 (5th Cir. 1982), cert. denied, 464 U.S. 843 (1983). Thus, this
24 Court will transfer this action to the United States District Court
25 for the Northern District of California.
26
27     **IT IS ORDERED** that the Clerk of this Court transfer this matter
28 to the United States District Court for the Northern District of

1  California.

2

3      **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy

4  of this Order upon petitioner and upon the California Attorney

5  General.

6

7  DATE: _6/4/08_

8                                              GEORGE P. SCHIAVELLI
                                        UNITED STATES DISTRICT JUDGE

9  PRESENTED BY:

10 DATE: _March 31, 2008_

11

12      ROSALYN M. CHAPMAN
   UNITED STATES MAGISTRATE JUDGE

13 CASE082\08-2025.1
   3/31/08

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN  DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN  DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**    Clerk, United States District Court

_____ District of _____

_____

_____

**Re:**    Transfer of our Civil Case No. _____

Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐    Original case file documents are enclosed in paper format.
☐    Electronic Documents are accessible through Pacer.
☐    Other: _____
_____

Very truly yours,

Clerk, U.S. District Court

Date: _____    By _____
                                    Deputy Clerk

*cc:    All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐    CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐    CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐    CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By _____
                                    Deputy Clerk