# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08−cv−02025−GPS−RC

Apolinar Garcia v. James Yates  
Assigned to: Judge George P. Schiavelli  
Referred to: Magistrate Judge Rosalyn M. Chapman  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/26/2008  
Date Terminated: 06/04/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Apolinar Garcia**  represented by  **Apolinar Garcia**  
CDC P−91911  
P O Box 8501  
Coalinga, CA 93210  
PRO SE

V.

**Respondent**

**James Yates**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2008 | Ï 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge George P. Schiavelli and referred to Magistrate Judge Rosalyn M. Chapman. (Filing fee $ 5: FEE DUE.), filed by petitioner Apolinar Garcia.(ghap) (Entered: 03/28/2008) |
| 03/26/2008 | Ï 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge George P. Schiavelli and referred to Magistrate Judge Rosalyn M. Chapman to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (ghap) (Entered: 03/28/2008) |
| 05/01/2008 | Ï 3 | APPLICATION to Proceed In Forma Pauperis by a Prisoner filed by plaintiff Apolinar Garcia. (pcl) (Entered: 05/05/2008) |
| 06/04/2008 | Ï 4 | ORDER TRANSFERRING ACTION TO NORTHERN DISTRICT OF CALIFORNIA by Judge George P. Schiavelli: IT IS ORDERED that the Clerk of this Court transfer this matter to the USDC for the Northern District of California. IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order upon petitioner and upon the California Attorney General. (See document for further details.) (MD JS−6. Case Terminated.) (Attachments: # 1 transmittal letter CV22) (pcl) (Entered: 06/06/2008) |